# United States District Court

DISTRICT OF CA 06 945

JUAN G. EVORA
Plaintiff

V.

ASHBEL T. WALL, DIRECTOR, Et.Al.,
Defendant

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, Juan G. Evora declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? [X] Yes [ ] No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration Medium Security #1, Cranston, R.I.

   Are you employed at the institution? yes Do you receive any payment from the institution? yes

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? [x] Yes [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Spectrum Module Porter ¢.50 a day.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment [ ] Yes [✓] No
   b. Rent payments, interest or dividends [ ] Yes [✓] No
   c. Pensions, annuities or life insurance payments [ ] Yes [✓] No
   d. Disability or workers compensation payments [ ] Yes [✓] No
   e. Gifts or inheritances [ ] Yes [✓] No
   f. Any other sources [ ] Yes [✓] No

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 (Rev. 9/96)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☑ No

If "Yes" state the total amount. ______________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

London C. Cooley (daughter) age 9.

I declare under penalty of perjury that the above information is true and correct.

2-24-06 _______________ DATE

Juan G. Evora _______________ SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts. expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ -24.19 on account to his/her credit at (name of institution) R.I. DOC INMATES ACCOUNTS. I further certify that the applicant has the following securities to his/her credit: -0- _______________. I further certify that during the past six months the applicant's average balance was $ 3.87.

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 MAR -2 A 11:30
FILED

2-24-06 _______________ DATE

Lt. [signature] _______________ SIGNATURE OF AUTHORIZED OFFICER