Rhode Island Department of Corrections

Inmate Account History

ID#: 75069

Name: EVORA, JUAN G

[redacted]

Location: MED - CMODL - 15B

| Balances as of 2/24/2006: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 3.87 | -106.46 | 78.40 | -24.19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/13/2005 | EPR | OID:100462405-ComisaryPurch-Reg | -42.04 | 56.43 | 0.00 | 45.38 |
| 9/14/2005 | EPR | OID:100463806-ComisaryPurch-Reg | -53.92 | 2.51 | 0.00 | 45.38 |
| 9/15/2005 | PAYROLL MED | YARD MAINT. | 46.50 | 37.38 | 0.00 | 57.01 |
| 9/20/2005 | EPR | OID:100465265-ComisaryPurch-Reg | -36.76 | 0.62 | 0.00 | 57.01 |
| 9/28/2005 | <POSTAGE> | POSTAGE | -0.62 | 0.00 | -0.62 | 57.01 |
| 9/28/2005 | POSTAGE | POSTAGE | 2.21 | 0.00 | 1.59 | 57.01 |
| 9/29/2005 | LEGAL COPY | LEGAL COPIES 8-16 TO 9-12 MED | 2.00 | 0.00 | 3.59 | 57.01 |
| 10/11/2005 | LEGAL COPY | MED LEGAL COPIES 9-13 TO 9-26 | 2.15 | 0.00 | 5.74 | 57.01 |
| 10/14/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2005-09-29-11. | -2.00 | -2.00 | 3.74 | 57.01 |
| 10/14/2005 | PAYROLL MED | YARD MAINT. | 45.00 | 31.75 | 3.74 | 68.26 |
| 10/14/2005 | <POSTAGE> | Payment for POSTAGE on 2005-09-28-11.51. | -1.59 | 30.16 | 2.15 | 68.26 |
| 10/14/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2005-10-11-13. | -2.15 | 28.01 | 0.00 | 68.26 |
| 10/18/2005 | EPR | OID:100474943-ComisaryPurch-Reg | -27.79 | 0.22 | 0.00 | 68.26 |
| 10/26/2005 | <LEGAL COPY> | LEGAL COPIES 9-27 TO 10-10 MED | -0.22 | 0.00 | -0.22 | 68.26 |
| 10/26/2005 | LEGAL COPY | LEGAL COPIES 9-27 TO 10-10 MED | 0.35 | 0.00 | 0.13 | 68.26 |
| 11/2/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2005-10-26-09. | -0.13 | -0.13 | 0.00 | 68.26 |
| 11/2/2005 | CASH B TELLER | DOLORES EVORA | 50.00 | 49.87 | 0.00 | 68.26 |
| 11/8/2005 | EPR | OID:100481924-ComisaryPurch-Reg | -44.99 | 4.88 | 0.00 | 68.26 |
| 11/8/2005 | <POSTAGE> | POSTAGE | -2.90 | 1.98 | -2.90 | 68.26 |
| 11/8/2005 | POSTAGE | POSTAGE | 2.90 | 1.98 | 0.00 | 68.26 |
| 11/15/2005 | PAYROLL MED | YARD MAINTENANCE | 10.50 | 9.85 | 0.00 | 70.89 |
| 11/21/2005 | <POSTAGE> | POSTAGE | -0.83 | 9.02 | -0.83 | 70.89 |
| 11/21/2005 | POSTAGE | POSTAGE | 0.83 | 9.02 | 0.00 | 70.89 |
| 11/22/2005 | <FURLOUGH FEE> | MEDFURL MED 10-12-2005 | -6.00 | 3.02 | -6.00 | 70.89 |
| 11/22/2005 | FURLOUGH FEE | MEDFURL MED 10-12-2005 | 6.00 | 3.02 | 0.00 | 70.89 |
| 11/23/2005 | <LEGAL COPY> | LEGAL | -3.02 | 0.00 | -3.02 | 70.89 |
| 11/23/2005 | LEGAL COPY | LEGAL | 16.00 | 0.00 | 12.98 | 70.89 |
| 11/25/2005 | FURLOUGH FEE | MEDFURL MED 10-20-2005 | 6.00 | 0.00 | 18.98 | 70.89 |
| 11/25/2005 | FURLOUGH FEE | MEDFURL MED 10-21-2005 | 6.00 | 0.00 | 24.98 | 70.89 |
| 12/2/2005 | LEGAL COPY | LEGAL COPIES 11/08 TO 11/21 MED | 7.60 | 0.00 | 32.58 | 70.89 |
| 12/5/2005 | MEDICAL | MEDFURL MED 11-09-2005 | 6.00 | 0.00 | 38.58 | 70.89 |
| 12/9/2005 | LEGAL COPY | LEGAL COPIES 11-05 LAW LIBRARY | 0.30 | 0.00 | 38.88 | 70.89 |
| 12/12/2005 | <MEDICAL> | Payment for MEDICAL on 2005-12-05-13.00. | -6.00 | -6.00 | 32.88 | 70.89 |

Due to computer posting the 'Balances as of 2/24/2006' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Rhode Island Department of Corrections

Inmate Account History

ID#: 75069

Name: EVORA, JUAN G

[redacted]

Location: MED - CMODL - 15B

Balances as of 2/24/2006:

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 3.87 | -106.46 | 78.40 | -24.19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/12/2005 | CASH A GE | DOLORES EVORA | 25.00 | 19.00 | 32.88 | 70.89 |
| 12/12/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2005-11-23-13. | -6.50 | 12.50 | 26.38 | 70.89 |
| 12/12/2005 | <POSTAGE> | POSTGE | -1.52 | 10.98 | 24.86 | 70.89 |
| 12/12/2005 | POSTAGE | POSTGE | 1.52 | 10.98 | 26.38 | 70.89 |
| 12/12/2005 | <POSTAGE> | POSTAGE | -1.29 | 9.69 | 25.09 | 70.89 |
| 12/12/2005 | POSTAGE | POSTAGE | 1.29 | 9.69 | 26.38 | 70.89 |
| 12/12/2005 | <POSTAGE> | POSTAGE | -1.29 | 8.40 | 25.09 | 70.89 |
| 12/12/2005 | POSTAGE | POSTAGE | 1.29 | 8.40 | 26.38 | 70.89 |
| 12/19/2005 | EPR | OID:100497922-ComisaryPurch-Reg | -8.24 | 0.16 | 26.38 | 70.89 |
| 12/22/2005 | <LEGAL COPY> | LEGAL COPIES | -0.16 | 0.00 | 26.22 | 70.89 |
| 12/22/2005 | LEGAL COPY | LEGAL COPIES | 1.60 | 0.00 | 27.82 | 70.89 |
| 12/28/2005 | FURLOUGH FEE | MEDFURL MED 11-21-2005 | 6.00 | 0.00 | 33.82 | 70.89 |
| 12/30/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2005-11-23-13. | -6.48 | -6.48 | 27.34 | 70.89 |
| 12/30/2005 | CASH A GE | DOLORES EVORA | 25.00 | 18.52 | 27.34 | 70.89 |
| 12/30/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2005-12-02-10. | -6.02 | 12.50 | 21.32 | 70.89 |
| 1/3/2006 | EPR | OID:100500857-ComisaryPurch-Reg | -12.32 | 0.18 | 21.32 | 70.89 |
| 1/5/2006 | <POSTAGE> | POSTAGE | -0.18 | 0.00 | 21.14 | 70.89 |
| 1/5/2006 | POSTAGE | POSTAGE | 1.29 | 0.00 | 22.43 | 70.89 |
| 1/11/2006 | LEGAL COPY | LEGAL COPIES MED 12/12/05 - 12/31/05 | 18.55 | 0.00 | 40.98 | 70.89 |
| 1/13/2006 | PAYROLL MED | PORTER | 14.50 | 10.87 | 40.98 | 74.52 |
| 1/13/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2005-12-22-13. | -1.44 | 9.43 | 39.54 | 74.52 |
| 1/13/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2005-12-09-09. | -0.30 | 9.13 | 39.24 | 74.52 |
| 1/13/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2005-12-02-10. | -1.58 | 7.55 | 37.66 | 74.52 |
| 1/13/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2006-01-11-15. | -3.93 | 3.62 | 33.73 | 74.52 |
| 1/18/2006 | <POSTAGE> | POSTAGE | -0.83 | 2.79 | 32.90 | 74.52 |
| 1/18/2006 | POSTAGE | POSTAGE | 0.83 | 2.79 | 33.73 | 74.52 |
| 1/24/2006 | EPR | OID:100508904-ComisaryPurch-Reg | -2.75 | 0.04 | 33.73 | 74.52 |
| 1/26/2006 | CLAIMS RCV | CLAIM SETTLEMENT | 4.78 | 4.82 | 33.73 | 74.52 |
| 1/26/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2006-01-11-15. | -2.39 | 2.43 | 31.34 | 74.52 |
| 1/30/2006 | <LEGAL COPY> | LEGAL COPIES MED 1/1-1/16 | -2.43 | 0.00 | 28.91 | 74.52 |
| 1/30/2006 | LEGAL COPY | LEGAL COPIES MED 1/1-1/16 | 42.85 | 0.00 | 71.76 | 74.52 |
| 2/10/2006 | LEGAL COPY | LEGAL COPIES MED 1/17-1/30 | 38.40 | 0.00 | 110.16 | 74.52 |
| 2/14/2006 | POSTAGE | POSTAGE | 4.05 | 0.00 | 114.21 | 74.52 |

Due to computer posting the 'Balances as of 2/24/2006' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Rhode Island Department of Corrections

Inmate Account History

ID#: 75069

Name: EVORA, JUAN G

[redacted]

Location: MED - CMODL - 15B

| Balances as of 2/24/2006: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 3.87 | -106.46 | 78.40 | -24.19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/15/2006 | PAYROLL WOMENS | PORTER | 15.50 | 11.62 | 114.21 | 78.40 |
| 2/15/2006 | <LEGAL COPY> | Payment for LEGAL COPY on 2006-01-11-15. | -7.75 | 3.87 | 106.46 | 78.40 |

Due to computer posting the 'Balances as of 2/24/2006' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.