Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, R.I. 02920

United States District Court
Office of The Clerk
Providence, Rhode Island 02903-1779

Date: 3/9/06

Re: Juan G. Evora v. A.T. Wall, et al.

Dear Clerk of Court:

I respectfully send this cover letter with the utmost respect. I served a true copy of all notice and acknowledgment for service by mail to all Defendants in complaint, and with complaints.

I respectfully request that all within documents be filed.

Thank you.

Juan G. Evora
P.O. Box 8274
Cranston, R.I 02920

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: A.T. Wall, Diretor, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the sender within 20 days of the date of mailing indicated below.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within the period indicated above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

THIS FORM IS NOT AN ANSWER TO THE COMPLAINT. You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan A. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ________ at ________
Date of Receipt — Address

Date of Signature

Signature

Name (Please Type or Print)

Relationship of Entity Served or Authority to Receive Service of Process

Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 06-094 S

## NOTICE

To: Jake Gadsden, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the sender within 20 days of the date of mailing indicated below.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within the period indicated above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

THIS FORM IS NOT AN ANSWER TO THE COMPLAINT. You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt — Address

______ Date of Signature

______ Signature

______ Name (Please Type or Print)

______ Relationship of Entity Served or Authority to Receive Service of Process

______ Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 06-094 S

**NOTICE**

To: Walter Whitman, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the sender within 20 days of the date of mailing indicated below.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within the period indicated above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan H. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______

Date of Receipt — Address

______
Date of Signature

______
Signature

______
Name (Please Type or Print)

______
Relationship of Entity Served or Authority to Receive Service of Process

______
Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: Kirk Kaszyk, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be **received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______

Date of Receipt — Address

Date of Signature — Signature

Name (Please Type or Print) — Relationship of Entity Served or Authority to Receive Service of Process

Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

## NOTICE

To: Roy Hilterman, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the **sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not **complete and return the form to the sender within the period indicated above**, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on ____________.
Date

____________
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ____________ at ____________
Date of Receipt — Address

____________
Date of Signature

____________
Signature

____________
Name (Please Type or Print)

____________
Relationship of Entity Served or Authority to Receive Service of Process

____________
Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

**NOTICE AND ACKNOWLEDGMENT**

**FOR SERVICE BY MAIL**

CASE NUMBER: 06-094 S

**NOTICE**

To: Robert Catlow, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the sender within 20 days of the date of mailing indicated below.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within the period indicated above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ____________ at ____________

Date of Receipt — Address

______________________ Date of Signature

______________________ Signature

______________________ Name (Please Type or Print)

______________________ Relationship of Entity Served or Authority to Receive Service of Process

______________________ Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

## NOTICE

To: Joseph Marocco, 40 Howard Ave., Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the **sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER** TO THE COMPLAINT. You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______

Date of Receipt — Address

Date of Signature — Signature

Name (Please Type or Print) — Relationship of Entity Served or Authority to Receive Service of Process

Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: Joseph Forgue, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ____________ at ____________
Date of Receipt — Address

____________
Date of Signature

____________
Signature

____________
Name (Please Type or Print)

____________
Relationship of Entity Served or Authority to Receive Service of Process

____________
Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: Capt. Bannon, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the **sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within the period indicated above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt — Address

______
Date of Signature

______
Signature

______
Name (Please Type or Print)

______
Relationship of Entity Served or Authority to Receive Service of Process

______
Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: David Baptista, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the **sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within the period indicated above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

*I declare under penalty of perjury* that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______________ at ______________

Date of Receipt | Address

______________
Date of Signature

______________
Signature

______________
Name (Please Type or Print)

______________
Relationship of Entity Served or Authority to Receive Service of Process

______________
Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 06-094 S

**NOTICE**

To: Linda Rose, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the **sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______________ at ______________

Date of Receipt Address

Date of Signature

Signature

Name (Please Type or Print)

Relationship of Entity Served or Authority to Receive Service of Process

Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: Mike Frost, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the **sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not **complete and return** the form to **the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan H. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______________ at ______________

Date of Receipt — Address

______________
Date of Signature

______________
Signature

______________
Name (Please Type or Print)

______________
Relationship of Entity Served or Authority to Receive Service of Process

______________
Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: Lt. Duffy, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the **sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

THIS **FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______________ at ______________________
Date of Receipt / Address

______________________ Date of Signature

______________________ Signature

______________________ Name (Please Type or Print)

______________________ Relationship of Entity Served or Authority to Receive Service of Process

______________________ Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

NOTICE AND ACKNOWLEDGMENT
FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

NOTICE

To: Lt. Jankowski, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the **sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within the period indicated above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt / Address

______ Date of Signature

______ Signature

______ Name (Please Type or Print)

______ Relationship of Entity Served or Authority to Receive Service of Process

______ Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 06-094 S

**NOTICE**

To: Lisa Soderlund, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within the period indicated above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan L. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt — Address

______
Date of Signature

______
Signature

______
Name (Please Type or Print)

______
Relationship of Entity Served or Authority to Receive Service of Process

______
Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: C/O Bibeault, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to **be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete **and return the form to the sender within the period indicated above**, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ____________ at ____________
Date of Receipt — Address

____________
Date of Signature

____________
Signature

____________
Name (Please Type or Print)

____________
Relationship of Entity Served or Authority to Receive Service of Process

____________
Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: C/O Killier, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within the period indicated above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt Address

______
Date of Signature

______
Signature

______
Name (Please Type or Print)

______
Relationship of Entity Served or Authority to Receive Service of Process

______
Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: C/O Cooper, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the **sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within the period indicated above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ____________ at ____________

Date of Receipt / Address

Date of Signature

Signature

Name (Please Type or Print)

Relationship of Entity Served or Authority to Receive Service of Process

Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: C/o Tony / John Doe, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the **sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan H. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______________ at ______________

Date of Receipt — Address

Date of Signature — Signature

Name (Please Type or Print) — Relationship of Entity Served or Authority to Receive Service of Process

Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: John Doe, Nurse, 46 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to be received by the sender within 20 days of the date of mailing indicated below.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within the period indicated above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______

Date of Receipt | Address

Date of Signature | Signature

Name (Please Type or Print) | Relationship of Entity Served or Authority to Receive Service of Process

Current Address

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

JUAN EVORA PRO SE
plaintiff

V.

A.T. WAll, et al
defendant

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: John Does/Jane Does, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender to **be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 3/9/06.
Date

Juan G. Evora
Signature of Sender

JUAN EVORA
Name of Sender

P.O. BOX 8274, Cranston, RI, 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt / Address

______
Date of Signature

______
Signature

______
Name (Please Type or Print)

______
Relationship of Entity Served or Authority to Receive Service of Process

______
Current Address