UNITED STATES DISTRICT COURT

FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| JUAN G. EVORA, PLAINTIFF | * | UNITED STATES DISTRICT COURT |
| V. | * | CASE#: 06-094S |
| ASHBEL T. WALL, DIRECTOR | * | |
| RHODE ISLAND DEPARTMENT OF | * | |
| CORRECTIONS A.C.I., ET. AL., | * | |
| DEFENDANT'S | * | |

ORDER

Plaintiff's prayer for preliminary injunction and restraining ordercame on for hearing before Honorable Justice ______________________________, on ____________________________________, after hearing it is hereby

ORDERED, AJUDGED and DECREED AS FOLLOWS:

1. Plaintiff's prayer for preliminary injunction and restraining order is hereby GRANTED. Defendant(s) is hereby restrained from interfering, molesting or contacting the Plaintiff until further order of this Court.

2. In compliance with Federal Rule of Civil Procedures Rule 65 (a) and (b).

ENTERED: BY ORDER:

____________________________ ____________________________

CERTIFICATION OF SERVICE

28 U.S.C. 1746

The undersigned hereby certifies that a copy of the within Motion was mailed to Ashbel T. Wall, Director, Rhode Island Department of Corrections, 40 Howard Ave, Cranston, Rhode Island 02920.

Dated: March 20, 2006.

Juan G. Evora