UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN EVORA

v. C. A. NO. 06-94 S

A. T. WALL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S MOTION FOR RESTRAINING ORDER
AND/OR PRELIMINARY INJUNCTION

Now come the Defendants in the above-entitled matter and hereby object to Plaintiff's motion for a restraining order and/or preliminary injunction as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 5th day of April, 2006, I mailed a true copy of the within Defendants' Objection To Plaintiff's Motion For Restraining Order And/Or Preliminary Injunction to Juan Evora, P. O. Box 8274, Cranston, R. I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN EVORA

v. C. A. NO. 06-94 S

A.T. WALL

MEMORANDUM

Plaintiff, in the instant action, seeks a restraining order against the Department of Corrections "who have a history of reprisals against pro se litigants." Defendants urge that the Plaintiff's application be denied on the grounds that none of the Defendants have been served in this case, and Plaintiff has failed to articulate any factual basis justifying injunctive relief. **Narragansett Indian Tribe v. Guilbert**, 934 F2d 4 (1st. Cir. 1991).

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864