UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Juan G. Evora, Pro se
P.O. Box 8274
Cranston, R.I. 02920

RECEIVED
APR 14 2006
Property of U.S. District Court
District of Rhode Island

Office of the Clerk
United States District Court
For The District of Rhode Island
One Exchange Terrace
Courthouse Building 119
Providence, R.I. 02903

April 9, 2006

Re: Juan G. Evora Vs. A.T. Wall, et al. C.A. No. 06-094S

Dear Clerk:

I send this cover letter out of the utmost respect for you and the Honorable Court.

Enclosed please find nineteen (19) notice and acknowledgment for service by mail (acknowledgment of receipt of summons and complaint), and nineteen (19) summons and complaints. All of the documents have been mailed "interdepartmental mail" to: Attorney Michael B. Grant, handed to Lt. Jankowski personally.

Respectfully, Juan G. Evora
Juan G. Evora

cc. file
Michael B. Grant
A.T. Wall, et al.

28 U.S.C.A. 1746

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)

John Doe, Nurse Med#1
40 Howard Ave
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dube

DATE 4-7-06

Chief Deputy Clerk

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

28 U.S.C.A. 1746

FILED
2006 APR 14 A 10:12
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 06-094 S

## NOTICE

To: John Doe, Nurse Hed #1, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06
Date

Juan G. Evora, Pro Se
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora — Name of Sender

P.O. Box 8274, Cranston, R.I. 02920 — Address of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt — Address

______ Date of Signature

______ Signature

______ Name (Please Type or Print)

______ Relationship of Entity Served or Authority to Receive Service of Process

______ Current Address

# United States District Court

DISTRICT OF

RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)

C/o Cooper
40 Howard Ave
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J Duke
Chief Deputy Clerk

DATE 4-7-06

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
|---|---|
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

28 U.S.C.A. 1746

FILED
2006 APR 14 A 10:12
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 06-094 S

## NOTICE

To: C/o Cooper, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora, Pro Se
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt / Address

______ Date of Signature

______ Signature

______ Name (Please Type or Print)

______ Relationship of Entity Served or Authority to Receive Service of Process

______ Current Address

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)
C/O Tony / John Doe
40 Howard Ave
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Paulette J Dube

Chief Deputy Clerk

(BY) DEPUTY CLERK

4-7-06

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

28 U.S.C.A. 1746

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 APR 14 A 10:12
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF
RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: C/o Killier, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above**, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora, Pro Se
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______________ at ______________

Date of Receipt — Address

______________ Date of Signature

______________ Signature

______________ Name (Please Type or Print)

______________ Relationship of Entity Served or Authority to Receive Service of Process

______________ Current Address

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)

c/o Bibeault
40 Howard Ave
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2-7-06

Paulette J Dube
Chief Deputy Clerk

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

28 U.S.C.A. 1746

FILED
2006 APR 14 A 10:11
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment for Service by Mail

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 06-094 S

**NOTICE**

To: C/o Bibeault, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______________ at ______________

Date of Receipt — Address

______________ ______________

Date of Signature — Signature

______________ ______________

Name (Please Type or Print) — Relationship of Entity Served or Authority to Receive Service of Process

______________

Current Address

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)

Lisa Soderlund
40 Howard Ave
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J Burke

DATE 4-7-06

Chief Deputy Clerk

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se
*Signature of Server*
Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*
28 U.S.C.A. 1746

FILED
2006 APR 14 A 10:10
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF
RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

NOTICE

To: Lisa Soderlund, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______________ at ______________
Date of Receipt — Address

______________
Date of Signature

______________
Signature

______________
Name (Please Type or Print)

______________
Relationship of Entity Served or Authority to Receive Service of Process

______________
Current Address

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)

Lt. Jankowski
40 Howard Ave
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J Dike — DATE 4-7-06

Chief Deputy Clerk

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
|---|---|
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

28 U.S.C.A. 1746

US DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 APR 14 A 10:10
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF
RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 06-094 S

**NOTICE**

To: Lt. Jankowski, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora, Pro Se
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______________ at ______________________
Date of Receipt — Address

______________________ Date of Signature

______________________ Signature

______________________ Name (Please Type or Print)

______________________ Relationship of Entity Served or Authority to Receive Service of Process

______________________ Current Address

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)

Lt. Duffy
40 Howard Ave
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Burke
Chief Deputy Clerk

(BY) DEPUTY CLERK

DATE 4-7-06

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

28 U.S.C.A. 1746

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2006 APR 14 A 10:10
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF
RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: Lt. Duffy, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above**, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora, Pro Se
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt / Address

______
Date of Signature

______
Signature

______
Name (Please Type or Print)

______
Relationship of Entity Served or Authority to Receive Service of Process

______
Current Address

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)

Mike Frost
40 Howard Ave
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dube, Chief Deputy Clerk

DATE 4-7-06

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

28 U.S.C.A. 1746

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 APR 14 A 10:10
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: Mike Frost, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ____________ at ____________

Date of Receipt — Address

____________ Date of Signature

____________ Signature

____________ Name (Please Type or Print)

____________ Relationship of Entity Served or Authority to Receive Service of Process

____________ Current Address

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)

Linda Rose
40 Howard Ave
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dube
Chief Deputy Clerk

DATE 4-7-06

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

28 U.S.C.A. 1746

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 APR 14 A 10: 10
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF
RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

**NOTICE AND ACKNOWLEDGMENT**

**FOR SERVICE BY MAIL**

CASE NUMBER: 06-094 S

**NOTICE**

To: Linda Rose, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above**, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora, Pro Se
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt / Address

Date of Signature

Signature

Name (Please Type or Print)

Relationship of Entity Served or Authority to Receive Service of Process

Current Address

# United States District Court

DISTRICT OF
RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)
David Baptista
40 Howard Ave
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J Dube
Chief Deputy Clerk

DATE 4-7-06

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
|---|---|
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

28 U.S.C.A. 1746

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 APR 14 A 10: 10
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF
RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 06-094 S

**NOTICE**

To: David Baptista, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora, Pro Se
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt / Address

______
Date of Signature

______
Signature

______
Name (Please Type or Print)

______
Relationship of Entity Served or Authority to Receive Service of Process

______
Current Address

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)

Bannon, Captain
40 Howard Ave
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J Dube

DATE 4-7-06

Chief Deputy Clerk

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
|---|---|
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se 28 U.S.C.A. 1746
*Signature of Server*
Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

DISTRICT COURT
DISTRICT OF RHODE ISLAND
2006 APR 14 A 10:09
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: Bannon, Captain, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above**, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______

Date of Receipt — Address

______ Date of Signature

______ Signature

______ Name (Please Type or Print)

______ Relationship of Entity Served or Authority to Receive Service of Process

______ Current Address

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)

Joseph Forgue
40 Howard Ave
Cranston, R.I.
02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Paulette J Dube [signature]

(BY) DEPUTY CLERK

DATE 4-7-06

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
|---|---|
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
Date

Juan G. Evora Pro Se
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

28 U.S.C.A. 1746

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT

2006 APR 14 A 10:09

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: Joseph Forgue, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you **do not complete and return the form to the sender within the period indicated above**, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

THIS FORM IS NOT AN ANSWER TO THE COMPLAINT. You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora, Pro Se
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt Address

Date of Signature

Signature

Name (Please Type or Print)

Relationship of Entity Served or Authority to Receive Service of Process

Current Address

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)
Robert J. Catlow
40 Howard Ave
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

4-7-06

DATE

Paulette J Dube

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se 28 U.S.C.A. 1746
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2006 APR 14 A 10: 09
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF
RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 06-094 S

**NOTICE**

To: Robert J. Catlow, 40 Howard Ave., Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you **do not complete and return the form to the sender within the period indicated** above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora, Pro Se
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______

Date of Receipt — Address

______ Date of Signature

______ Signature

______ Name (Please Type or Print)

______ Relationship of Entity Served or Authority to Receive Service of Process

______ Current Address

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)

Roy Hilterman, Deputy
40 Howard Ave.
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Paulette J Dube

(BY) DEPUTY CLERK

4-7-06

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se
*Signature of Server*
28 U.S.C.A. 1746
Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

FILED
2006 APR 14 A 10:09
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF
RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 06-094 S

NOTICE

To: Roy Hilterman, Deputy, 40 Howard Ave., Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do **not complete and return the form to the sender within the period indicated** above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora, Pro Se
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt — Address

______
Date of Signature

______
Signature

______
Name (Please Type or Print)

______
Relationship of Entity Served or Authority to Receive Service of Process

______
Current Address

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)
Kirk Kaszyk, Deputy Warden
40 Howard Ave.
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dube
Chief Deputy Clerk

DATE 4-7-06

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE 4/9/06 |
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se 28 U.S.C.A. 1746
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

FILED
2006 APR 14 A 10:09
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF
RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: 06-094 S

**NOTICE**

To: Kirk Kaszyk, Deputy Warden, 40 Howard Ave., Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora, Pro Se
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt — Address

______
Date of Signature

______
Signature

______
Name (Please Type or Print)

______
Relationship of Entity Served or Authority to Receive Service of Process

______
Current Address

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)

Walter Whitman, Warden
40 Howard Ave.
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Duke
Chief Deputy Clerk

DATE 4-7-06

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
|---|---|
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se 28 U.S.C.A. 1746
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

2006 APR 14 A 10:08
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF
RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: Walter Whitman, Warden, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora, Pro Se
Signature of Sender
28 U.S.CA. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt — Address

______
Date of Signature

______
Signature

______
Name (Please Type or Print)

______
Relationship of Entity Served or Authority to Receive Service of Process

______
Current Address

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)
Jake Gadsden, Assistant Directer
40 Howard Ave.
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Dube
Chief Deputy Clerk

DATE 4-7-06

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
|---|---|
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

28 U.S.C.A. 1746

FILED
2006 APR 14 A 10:08
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: Jake Gadsden, Assistant Director, 40 Howard Ave, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated** above, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora, Pro Se
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______________ at ______________
Date of Receipt / Address

______________
Date of Signature

______________
Signature

______________
Name (Please Type or Print)

______________
Relationship of Entity Served or Authority to Receive Service of Process

______________
Current Address

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)
A.T. Wall, Director
40 Howard Ave
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4-7-06

Paulette J Duke

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
|---|---|
| NAME OF SERVER (PRINT) Juan G. Evora | TITLE Plaintiff |

FILED 2006 APR 14 A 10:08 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, pro se
*Signature of Server*
Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

28 U.S.C.A 1746

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: A.T. Wall, Director, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06
Date

Juan G. Evora, Pro Se
Signature of Sender
28 U.S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______

Date of Receipt | Address

______ Date of Signature

______ Signature

______ Name (Please Type or Print)

______ Relationship of Entity Served or Authority to Receive Service of Process

______ Current Address

# United States District Court

DISTRICT OF
RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-094 S

TO: (Name and address of defendant)

C/o Killier
40 Howard Ave
Cranston, R.I. 02920

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Micheal B. Grant
40 Howard Ave.
Cranston, R.I. 02920

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Duke

DATE 4-7-06

Chief Deputy Clerk

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4/9/06 |
| NAME OF SERVER *(PRINT)* Juan G. Evora | TITLE Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: Notice And Acknowledgment For Service By Mail, to Attorney Micheal B. Grant, 40 Howard Ave., Cranston, R.I. 02920.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/9/06
*Date*

Juan G. Evora, Pro Se
*Signature of Server*

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920
*Address of Server*

28 U.S.C.A. 1746

FILED
2006 APR 14 A 10:11
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF
RHODE ISLAND

JUAN G. EVORA, PRO SE

V.

A.T. WALL, et al

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

CASE NUMBER: 06-094 S

### NOTICE

To: c/o Tony/John Doe, 40 Howard Ave, Cranston, R.I. 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on 4/9/06.
Date

Juan G. Evora, Pro Se
Signature of Sender
28 S.C.A. 1746

Juan G. Evora
Name of Sender

P.O. Box 8274, Cranston, R.I. 02920
Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ______ at ______
Date of Receipt / Address

Date of Signature

Signature

Name (Please Type or Print)

Relationship of Entity Served or Authority to Receive Service of Process

Current Address