Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Juan G. Evora, Pro se

RE: CA 06-094S

Juan G. Evora v. Ashbel T. Wall, et al

**ORDER**

I have reviewed your document(s) presented to the Clerk's Office on 4 / 19 / 06 and have made the following determination:

___ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

___ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

xx 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

___ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

___ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

___ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

___ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

___ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

___ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

___ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

___ 10. Other ___

ENTER: [signature]
United States Magistrate Judge

Date: 4/20/06

cc: Counsel of Record

UNITED STATES DISTRICT COURT

FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| JUAN G. EVORA, PLAINTIFF | * | UNITED STATES DISTRICT COURT |
| V. | * | CASE#: 06-094 S |
| ASHBEL T. WALL, DIRECTOR | * | |
| RHODE ISLAND DEPARTMENT OF | * | |
| CORRECTIONS A.C.I., ET. AL., | * | |
| DEFENDANT'S | * | |

MOTION AND NOTICE

FOR LEAVE TO FILE

SUPPLEMENTAL PLEADING FEDERAL RULE CIVIL PROCEDUR 15(d)

Plaintiff, Juan G. Evora, Pro Se, moves the Honorable Court for an order granting leave to file supplemental complaint and an amendment of original complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure on the grounds that since Plaintiff, Juan G. Evora, Pro Se, filed the original complaint, newly discovered evidence has been made available that is material to this action, and that Defendant, Lt. Duffy is violating the Plaintiff's due process rights, along with other Defendant's named in the original complaint, as is more fully shown in a copy of the proposed supplemental complaint, and shows the relevant reasons, further harrassment and threats, and the amount Plaintiff filed for regarding personal injuries was an is premature.

Wherefor the Plaintiff, Juan G. Evora, Pro Se, prays the Honorable Court grant the within motion.