UNITED STATES DISTRICT COURT

FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| JUAN G. EVORA, PLAINTIFF | * | UNITED STATES DISTRICT COURT |
| V. | * | CASE#: 06-094 S |
| ASHBEL T. WALL, DIRECTOR | * | |
| RHODE ISLAND DEPARTMENT OF | * | |
| CORRECTIONS A.C.I., ET. AL., | * | |
| DEFENDANT'S | * | |

MOTION AND NOTICE

FOR LEAVE TO FILE

SUPPLEMENTAL PLEADING FEDERAL RULE CIVIL PROCEDUR 15(d)

Plaintiff, Juan G. Evora, Pro Se, moves the Honorable Court for an order granting leave to file supplemental complaint and an amendment of original complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure on the grounds that since Plaintiff, Juan G. Evora, Pro Se, filed the original complaint, newly discovered evidence has been made available that is material to this action, and that Defendant, Lt. Duffy is violating the Plaintiff's due process rights, along with other Defendant's named in the original complaint, as is more fully shown in a copy of the proposed supplemental complaint, and shows the relevant reasons, further harrassment and threats, and the amount Plaintiff filed for regarding personal injuries was an is premature.

Wherefor the Plaintiff, Juan G. Evora, Pro Se, prays the Honorable Court grant the within motion.

Plaintiff, Pro Se,
By Pro Se,

Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, R.I. 02920

## CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, the 15 day April, 2006, I mailed a true copy of the within Motion Affidavit In Support Of Motion For Leave To Serve Supplemental Pleading Federal Rule Civil Procedure 15(d) to Micheal B. Grant, Deputy Chief Legal Counsel, R.I. Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Plaintiff, Pro Se
By Pro Se,

Juan G. Evora

Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, Rhode Island 02920

## CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, 22 day of April, 2006, he mailed a true copy of the within legal motions to Micheal B. Grant, Deputy Chief Legal Counsel, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Juan G. Evora

Juan G. Evora, Pro Se