UNITED STATES DISTRICT COURT

FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| JUAN G. EVORA, PLAINTIFF | * | UNITED STATES DISTRICT COURT |
| V. | * | CASE#: 06-094 S |
| ASHBEL T. WALL, DIRECTOR | * | |
| RHODE ISLAND DEPARTMENT OF | * | |
| CORRECTIONS A.C.I., ET. AL., | * | |
| DEFENDANT'S | * | |

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO SERVE SUPPLEMENTAL PLEADING FEDERAL RULE CIVIL PROCEDURE 15(d)

Plaintiff, Juan G. Evora, Pro se, being duly sworn, deposes and says:

1. Plaintiff, Juan G. Evora, Pro Se, is the attorney of the record in the above-entitled action.

2. This action is brought to recover the amount Plaintiff originally filed, and address and amend the complaint. Due to the on going reprisal of the Defendant's.

3. This action was commenced by filing a complaint and the servive of a copy of the summons(es) and complaint(s) on the all Defendant(s) on the 9th day of April, 2006, and that Plaintiff did serve all Defendant(s) with complaint(s) and notice and acknowledgement for service by mail, pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

4. The condition of cause is a Federal Civil Action Complaint, against the named within Defendant(s), et al.

5. Since the commencement of this action the following mate-

rial facts have occured in regard to the on-going damages of the injuries caused to Plaintiff's vision, which was one of the reasons for the cause of action filed before the Honorable Court.

Wherefore the Plaintiff, Juan G. Evora, Pro Se prays the Honorable Court grant the within motion.

Plaintiff, Pro Se,
By Pro Se,

Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, R.I. 02920

## CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, the 15 day April, 2006, I mailed a true copy of the within Motion and Notice For Leave To File Supplemental Pleading Federal Rule Civil Procedure 15(d) to Micheal B. Grant, Deputy Chief Legal Counsel, R.I. Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Plaintiff, Pro Se
By Pro Se,

Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, Rhode Island 02920

## CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, 22 day of April, 2006, he mailed a true copy of the within legal motions to Micheal B. Grant, Deputy Chief Legal Counsel, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Juan G. Evora, Pro Se