UNITED STATES DISTRICT COURT

FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| JUAN G. EVORA, PLAINTIFF | * | UNITED STATES DISTRICT COURT |
| V. | * | CASE#: 06-094 S |
| ASHBEL T. WALL, DIRECTOR | * | |
| RHODE ISLAND DEPARTMENT OF | * | |
| CORRECTIONS A.C.I., ET. AL., | * | |
| DEFENDANT'S | * | |

PLAINTIFF, JUAN G. EVORA, PRO SE, ANSWER TO DEFENDANTS ANSWER TO THE PLAINTIFF'S COMPLAINT

Now come the Plaintiff, Juan G. Evora, Pro Se, and hereby answers and objects to Defendants answer and defenses as follows. Plaintiff objects to each and every defense of Defendants. Proof will be presented in affidavits and discovery.

OBJECTION TO FIRST DEFENSE

THIS Court has subject jurisdiction over Plaintiff's claims.

OBJECTION TO SECOND DEFENSE

Plaintiff objects to Defendants defense that Plaintiff does not have support of valid claim under 42 U.S.C. § 1983. Plaintiff stated multiple constitutional claims against the Defendants which Defendants violations of Plaintiff's constitutional rights support valid claim under 42 U.S.C. 1983.

OBJECTION TO THIRD DEFENSE

This action is not barred by the doctrine of sovereign immunity R.I.G.L. 9-31-1, and 9-1-25, along with 28 U.S.C.A. 1331 and 1343(3).

## OBJECTION TO FOURTH DEFENSE

The Defendants do not have the benefit of all express and implied exceptions to the statutory waiver of sovereign immunity which is clearly stated in R.I.G.L. 9-31-1, and 9-1-25, along with 28 U.S.C.A. 1331 and 1343(3).

## OBJECTION TO FIFTH DEFENSE

Plaintiff objects to the Defendants defense that at all times material to the allegations of Plaintiff's complaint, the Defendants did in fact violated the Plaintiff's constitutional rights, cruel and unusual punishment, denied due process, religious freedom, fifth amendment, and sixth amend. all done in bad faith.

## OBJECTION TO SIXTH DEFENSE

The Defendants at all times did in fact violate established constitutional rights of the Plaintiff. Defendants do not have the rights to qualified immunity after violating the Plaintiff's constitutional rights.

## OBJECTION TO SEVENTH DEFENSE

Defendants named in the Plaintiff's complaint had been sued in their individual and official capacity, and do not have the benefit of their status as sovereigns, together with other (all) privileges and immunities which is not insured as a said status. See R.I.G.L. 9-31-1, and 9-1-25, along with 28 U.S.C.A. 1331 and 1343(3).

Plaintiff, Pro Se
By Pro Se,

Juan G. Evora

Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, Rhode Island 02920

## CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, 3 day of May, 2006, he mailed a true copy of the within legal motions to Micheal B. Grant, Deputy Chief Legal Counsel, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Juan G. Evora

Juan G. Evora, Pro Se