UNITED STATES DISTRICT COURT

FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| JUAN G. EVORA, PLAINTIFF | * | UNITED STATES DISTRICT COURT |
| V. | * | CASE#: 06-094S |
| ASHBEL T. WALL, DIRECTOR | * | |
| RHODE ISLAND DEPARTMENT OF | * | |
| CORRECTIONS A.C.I., ET. AL., | * | |
| DEFENDANT'S | * | |

MOTION FOR RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

Now comes the Petitioner, Juan G. Evora, Pro Se, in the above entitled matter Motion for Restraining ORDER and Preliminary Injunction. Petitioner, Juan G. Evora, is a Pro Se litigant and prays this Honorable Court to grant order restraining order and preliminary injunction in the cause of justice against the Defendant(s) of the Rhode Island Department of Corrections, who have a history of reprisals against pro se litigants. Petitioner is in fear of reprisal in the form of false disciplinary charges, segregation, and being denied equal access to law library to prevent him from his due process rights. Petitioner is in Spectrum Drug Program throughout the day, and has Criminon Classes on Wendsday nights, Religious Classes on Monday nights, and Defgendant(s) do not want to grant extra law library time, only time the Defendant (s) will grant extra time are on the nights Petitioner has classes. For the above stated reasons Petitioner, Juan G. Evora, Pro Se, prays the order be granted until further order of this court. In compliance with Federal Rule of Civil Procedures Rule 65 (a)

rial facts have occured in regard to the on-going damages of the injuries caused to Plaintiff's vision, which was one of the reasons for the cause of action filed before the Honorable Court.

Wherefore the Plaintiff, Juan G. Evora, Pro Se prays the Honorable Court grant the within motion.

Plaintiff, Pro Se,
By Pro Se,

Juan G. Evora

Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, R.I. 02920

CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, the 15 day April, 2006, I mailed a true copy of the within Motion and Notice for Leave To File Supplemental Pleading Federal Rule Civil Procedure 15(d) to Micheal B. Grant, Deputy Chief Legal Counsel, R.I. Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Juan G. Evora