UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE

Vs. C.A.NO. 06-094 S

ASHBEL T. WALL, et al.

PLAINTIFFS OBJECTION TO

DEFENDANT'S MOTION FOR OBJECTION TO

PLAINTIFFS MOTION FOR RESTRAINING ORDER

AND/OR PRELIMINARY INJUNCTION

Now come the Plaintiff, Juan G. Evora, Pro Se, in the above entitled matter and hereby object to Defendant's motion for objection to Plaintiff's motion for restraining order and/or preliminary injunction as and for the reasons proffered herein:

Plaintiff, Juan G. Evora, Pro Se, made in advertent clerical error that's already been addressed. Plaintiff reserved the Defendant's with summonses and notice and acknowledgment for service by mail served upon Attorney of record, Michael B. Grant, Deputy Chief Legal Counsel R.I. Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920 Bar No. 3864.

Wherefore Plaintiff Prays this Honorable Court grant the above motion.

Plaintiff, Pro Se
By Pro Se,

Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, Rhode Island 02920

## CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, 22 day of April, 2006, he mailed a true copy of the within legal motions to Micheal B. Grant, Deputy Chief Legal Counsel, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Juan G. Evora, Pro Se