UNITED STATES DISTRICT COURT

FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| JUAN G. EVORA, PLAINTIFF | * | UNITED STATES DISTRICT COURT |
| V. | * | CASE#: 06-094 S |
| ASHBEL T. WALL, DIRECTOR | * | |
| RHODE ISLAND DEPARTMENT OF | * | |
| CORRECTIONS A.C.I., ET. AL., | * | |
| DEFENDANT'S | * | |

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes the Plaintiff, Juan G. Evora, Pro Se, Pursuant to 28 U.S.C. §§ 1915(e)(1) Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion Plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library, due to Defendant's, and limited knowledge of the law. Plaintiff is in the Spectrum Drug Program which takes up his mornings and afternoons, and the Criminon of Main Program on Wednesday nights, Thursday nights are mandatory Alcoholics Anonymous Meetings. To not comply will only have Plaintiff subjected to disciplinary actions by Defendant's,

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated efforts to obtain a lawyer. Plaintiff contacted via mail the following members: American Civil Liberty Union, 128 Dorrance Street, Suite 220, Providence, Rhode Island 02903, Direct Action For Rights And Equality (DARE), P.O. Box 5785, Providence, Rhode Island 02903, Donna A. Uhlmann Attorney At Law, One Davol Square, Suite 100, Providence, Rhode Island 02903, Mark L. Smith Attorney at Law, 176 Eddie Dowling Highway Suite 202, North Smithfield, Rhode Island 02896, Rev. Franklin Lobo, 78 Morgan Street, New Bedford, Massachusetts 02740;

WHEREFORE, Plaintiff, Juan G. Evora, Pro Se, request that the Honorable Court appoint Kenneth A. Schreiber Attorney at Law, a member of the Rhode Island Bar, as counsel in this case.

Date: 4/22/06

Juan G. Evora, Pro Se

Plaintiff, Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, Rhode Island 02920

CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, the 22 day of April, 2006, I mailed a true copy of the within motion for appointment of counsel pursuant to 28 U.S.C.§ 1915(e)(1) to the Attorney of Defendant's Micheal B. Grant, Deputy Chief Legal Counsel, R.I. Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Juan G. Evora

Plaintiff, Pro Se
By Pro Se,

Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, Rhode Island 02920

## CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, 5th day of May , 2006, he mailed a true copy of the within legal motions to Micheal B. Grant, Deputy Chief Legal Counsel, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Juan G. Evora, Pro Se