UNITED STATES DISTRICT COURT

FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| JUAN G. EVORA, PLAINTIFF | * | UNITED STATES DISTRICT COURT |
| V. | * | CASE#: 06-094 S |
| ASHBEL T. WALL, DIRECTOR | * | |
| RHODE ISLAND DEPARTMENT OF | * | |
| CORRECTIONS A.C.I., ET. AL., | * | |
| DEFENDANT'S | * | |

MOTION FOR EXTENTION OF TIME

Now comes the Plaintiff, Juan G. Evora, Pro-se and moves this Court for an extention of time to respond to **Telephonic Pretrial Conference.**

The copy machine which available to the inmate population is at this time out of order. In addition, the Plaintiff is presently enrolled in the Spectrum Health System, Inc. Correctional Recovery Academy of Rhode Island. If the Plaintiff either drops out said academy or misses classes so as to overcome the obsticle that is the result of the copy machine "suddenly" becoming inoperable he will be subjected to disciplinary action. See Attachments A-B infra.

WHEREFORE, the Plaintiff prays that this Motion for Extention of Time is granted.

Respectfully submitted,

Juan G. Evora (signature)

Juan G. Evora, Pro-se
John J. Moran Building
P.O. Box 8274
Cranston, Rhode Island
02920

**ORDER**

**DENIED. A written response is not necesary, therefore, the motion is denied.**

(signature)

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: May 23, 2006**