**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN G. EVORA**

**v.** **C.A. No. 06 - 094 S**

**ASHBEL T. WALL**, et al.

**ORDER**

This matter is before the Court on the motion of the *pro se* plaintiff for leave to file a supplemental complaint and an amended complaint. Plaintiff's motion is **GRANTED**.

Plaintiff shall file a First Amended Complaint within ten days of the date of this Order, and which shall include all of the allegations and the claims for relief upon which the plainitff relies.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
May 23, 2006