UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v. C.A. No. 06-94S

ASHBEL T. WALL, ET AL.

**ORDER**

The Report and Recommendation of United States Magistrate Jacob Hagopian filed on May 9, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's motions for injunctive relief filed on March 22, 2006 and April 26, 2006 (Dckt #6 & 13) are DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 5/25/06