UNITED STATES DISTRICT COURT

FOR THE STATE OF RHODE ISLAND

JUAN G. EVORA, PLAINTIFF *

V. *

ASHBEL T. WALL, DIRECTOR *

RHODE ISLAND DEPARTMENT OF *

CORRECTIONS A.C.I., ET. AL., *

DEFENDANT'S *

UNITED STATES DISTRICT COURT

CASE#: 06-094 S

AMENDED COMPLAINT

TRIAL BY JUDGE

SEVENTH CAUSE OF ACTION

62. That the actions of Defendants #1 through #21, as stated in paragraphs 49 through 53 of this complaint, violated 42 U.S. C.S. 1985 Conspiracy to interfere with civil rights, (2) Obstructing justice, (3) Depriving persons of rights or privileges.

EIGHTH CAUSE OF ACTION

63. That the actions of Defendants #1 through #21, as stated in paragraphs 49 through 53 of this complaint, violated 18 U.S. C.S. 241. Conspiracy against rights, and, 242. Deprvation of rights under color of law.

PRAYER OF RELIEF

A. Issue Declaratory Relief against the named Defendants stating they did in fact violate the Plaintiff's right to be free from cruel and unusual punishment, isolation, segregation, mul-

tiple hours confined in shackles, Defendants did conspire to cover up crime of assault and battery etc., to cover up the dereliction of duties of the Defendants.

B. Compensatory damges in the amount of $ 150.000 against the Defendants jointly and severally.

C. Punitive damges in the amount of $ 150.000 against the Defendants jointly and severlly.

D. A trial on all issues triable by Judge.

E. Plaitiff's cost in this suit.

F. Any addictional relief this court deems just, proper, equitable.

Dated: 5/28/06

Juan G. Evora
Respectfully submitted,

Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, R.I. 02920

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Cranston, Rhode Island on the date of 5/28/06.

Juan G. Evora
Signature
Juan G. Evora, Pro Se

Plaintiff, Pro Se
By Pro Se,

Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, Rhode Island 02920

CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, 28 day of May , 2006, he mailed a true copy of the within legal motions to Micheal B. Grant, Deputy Chief Legal Counsel, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Juan G. Evora, Pro Se