UNITED STATES DISTRICT COURT

FOR THE STATE OF RHODE ISLAND

JUAN G. EVORA, PLAINTIFF * UNITED STATES DISTRICT COURT

V. * CASE#: 06-094S

ASHBEL T. WALL, DIRECTOR *

RHODE ISLAND DEPARTMENT OF *

CORRECTIONS A.C.I., ET. AL., *

DEFENDANT'S *

# MOTION OF ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Federal Rule of Civil Procedure, the Plaintiff, Juan G. Evora, seeks an enlargement of time of thirty (30) days to extend the present Closure of Discovery Date of June 23, 2006.

Due to the fact that Plaintiff's Request for Production of Documents were served upon the Defendants on May 29, 2006, and that Interrogatories were served upon the Defendants on May 31, 2006, a response date of thirty (30) days is required with Rule 33, Federal Rule of Civil Procedure, thus, the Defendants response could come at a time which exceeds the present Closure of Discovery date. It is of the Plaintiff's interest that he not only receive this response before the Closure of Discovery, but that Plaintiff also have chance to review and challenge such response.

WHEREFORE the Plaintiff prays this court extend the Discovery date as requested above in the interest of Justice.