UNITED STATES DISTRICT COURT

FOR THE STATE OF RHODE ISLAND

| | | |
|---|---|---|
| JUAN G. EVORA, PLAINTIFF | * | UNITED STATES DISTRICT COURT |
| V. | * | CASE#: 06-094 S |
| ASHBEL T. WALL, DIRECTOR | * | |
| RHODE ISLAND DEPARTMENT OF | * | |
| CORRECTIONS A.C.I., ET. AL., | * | |
| DEFENDANT'S | * | |

# PETITION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Pursuant to §28 U.S.C. §2241 (c)(5), the Plaintiff Juan G. Evora's request this this Honorable Court issue a writ of habeas corpus ad testificandum requiring Ashbel T. Wall, Director to bring the Plaintiff before the Honorable Court for a trial scheduled to be announced, and States in Support:

1. The Plaintiff's case depends in large part on his own testimony. Since the credibility of witnesses will be an issue in this matter, the Jury should be/the Judge Should be allowed to hear the Plaintiff testify personally and observe his demeanor.

2. The Plaintiff is proceeding pro se in this matter and should therefore be produced to manage the presentation of his case, to cross-examine the Defendants who testify and their witnesses, and to hear the Defendants case and present appropriate rebuttal evidence.

Plaintiff request that the Defendants bear the costs of the implementation of the terms of this writ.

Date Excuted: June 2, 2006.

Juan G. Evora

Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, R.I. 02920

Plaintiff, Pro Se
By Pro Se,

Juan G. Evora

Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, Rhode Island 02920

CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, 2 day of June, 2006, he mailed a true copy of the within legal motions to Micheal B. Grant, Deputy Chief Legal Counsel, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Juan G. Evora

Juan G. Evora, Pro Se