UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v. C. A. NO. 06-94 S

A. T. WALL, ET AL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S MOTION FOR A RESTRAINING ORDER
AND/OR PRELIMINARY INJUNCTION

Now come the Defendants in the above-entitled matter and hereby object to the Plaintiff's motion for a restraining order and/or preliminary injunction as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 28th day of June, 2006, I mailed a true copy of the within Defendants' Objection To Plaintiff's Motion For A Restraining Order And/Or Preliminary Injunction and accompanying Memorandum to Juan G. Evora, P. O. 8274, Cranston, R. I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v. C. A. NO. 06-94 S

A. T. WALL, ET AL

## MEMORANDUM

Plaintiff has brought the instant civil action against the Director of Corrections and several administrators employed by the Department of Corrections. Plaintiff contends in his motion that since the filing of this action, certain reprisals have been made against him including his involuntary removal from the Spectrum program.[1]

As per the attached Affidavit Plaintiff, in fact, requested to be temporarily removed from the Spectrum program for a period of one month because of his heavy litigation agenda, including work that he needed to complete on the instant case. As per Plaintiff's request, Plaintiff was allowed to suspend his participation in the Spectrum program, and on or about June 8, 2006, the suspension went into effect.

All participating inmates of the Spectrum program reside in a particular module at Medium Security. In this particular case, Plaintiff was in L-Module, Left. Accordingly, when Plaintiff was temporarily removed from the program, his physical placement also changed, and he was placed in E-Module at Medium Security, which is a general population module. Other than the Plaintiff's temporary non-participation in the Spectrum program, Plaintiff's change of placement has not resulted in any change of conditions. He shall be returning to the Spectrum program and his placement in E-Module, Left on or about July 8, 2006.

---

[1] The Spectrum program is a comprehensive substance-abuse program offered by a private vendor paid for by the State of Rhode Island.

Accordingly, Plaintiff's temporary removal from the Spectrum program was as a result of his own request in order for him to dedicate more time toward the litigation of his cases. On these grounds and upon the Affidavit filed herewith by Carolyn Romano, Defendants request that the Plaintiff's motion by denied.

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864