UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v. C. A. NO. 06-94 S

A. T. WALL, ET AL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S MOTION TO COMPEL

Now comes Defendant A. T. Wall and hereby objects to the Plaintiff's motion to compel answers to interrogatories as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS
By their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 29th day of June, 2006, I mailed a true copy of the within Defendants Objection To Plaintiff's Motion To Compel and accompanying Memorandum to Juan G. Evora, P. O. Box 8274, Cranston, R. I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v. C. A. NO. 06-94 S

A. T. WALL, ET AL

MEMORANDUM

Plaintiff had propounded interrogatories to be answered by Defendant A. T. Wall. Defendant Wall timely responded and, in fact, objected to each and every interrogatory on the grounds that the interrogatories were of improper form and sought information not likely to lead to admissible evidence. Plaintiff, in his motion to compel and supporting memorandum, simply argues that Defendant Wall was elusive and acted in bad faith; Plaintiff completely fails to articulate how the interrogatories propounded were relevant and should have been answered by A. T. Wall.

Finally, Plaintiff has failed to confer with the undersigned in good faith to settle his discover issues pursuant to F.R.C.P. 37(a)(2)(B).

Accordingly, Defendant Wall requests that the Plaintiff's motion be denied.

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864