UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v CA. No. 06-094S

A.T.WALL, et al /

## PLAINTIFF'S MOTION FOR STIPULATIONS

Plaintiff, JUAN G. EVORA, in pro se does respectfully request from this Honorable Court to issue stipulations for the purpose of Plaintiff correcting clerical errors, pertinent to the litigation of this civil action complaint.

Plaintiff states that his formal complaints, motions, and pleadings have been less than professional. Plaintiff now request of the Honorable Court to treat Plaintiff's complaints, motions, and pleadings herein to a less stringent standard than that of an attorney. Haines v. Kerner, 404 U.S. 519-520, 92 S.C.t. 594-595, 30 L.Ed. 2d 653.

Plaintiff further states that if this Honorable Court, and the Defendants should need a more precise form of litigation then Plaintiff respectfully request the assistance of an attorney.

**WHEREFORE**, Plaintiff prays this Honorable Court to grant the aove stipulations.

Dated July 3, 2006

Respectfully submitted,

Juan Evora

Juan G. Evora, Pro se
P.O. Box 8274
Cranston, RI 02920

Plaintiff, Pro Se
By Pro Se,

Juan G. Evora
Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, Rhode Island 02920

CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, 3 day of July, 2006, he mailed a true copy of the within legal motions to Micheal B. Grant, Deputy Chief Legal Counsel, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Juan G. Evora
Juan G. Evora, Pro Se