UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v. C. A. NO. 06-94 S

A. T. WALL, ET AL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S MOTION TO COMPEL

Now comes Defendant A. T. Wall and hereby objects to the Plaintiff's motion to compel answers to interrogatories as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS
By their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 29th day of June, 2006, I mailed a true copy of the within Defendants Objection To Plaintiff's Motion To Compel and accompanying Memorandum to Juan G. Evora, P. O. Box 8274, Cranston, R. I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v. C. A. NO. 06-94 S

A. T. WALL, ET AL

MEMORANDUM

Plaintiff had propounded interrogatories to be answered by Defendant A. T. Wall. Defendant Wall timely responded and, in fact, objected to each and every interrogatory on the grounds that the interrogatories were of improper form and sought information not likely to lead to admissible evidence. Plaintiff, in his motion to compel and supporting memorandum, simply argues that Defendant Wall was elusive and acted in bad faith; Plaintiff completely fails to articulate how the interrogatories propounded were relevant and should have been answered by A. T. Wall.

Finally, Plaintiff has failed to confer with the undersigned in good faith to settle his discover issues pursuant to F.R.C.P. 37(a)(2)(B).

Accordingly, Defendant Wall requests that the Plaintiff's motion be denied.

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
OFFICE OF LEGAL COUNSEL
40 Howard Avenue
Cranston, R.I. 02920
Tel: (401) 462-2622
Fax: (401) 462-2583
TDD: (401) 462-5180

May 18, 2006

Juan Evora
P. O. Box 8274
Cranston, R. I. 02920

Re: **<u>Evora v. Wall</u>, C. A. No. 06-094 S**

Dear Mr. Evora:

I am in receipt of your motion for extension of time regarding telephonic pre-trial conference. Please be advised that Judge Hagopian's office has contacted me requesting that I contact you to let you know that you need not file any type of written statement to Judge Hagopian before the pre-trial conference, which is scheduled for next week. Thus, the Judge does not need anything in writing from you before the conference, and simply wants you to participate orally in the conference next week. Since you need not file anything in writing with Judge Hagopian before the hearing next week, you need not make any photocopies, and therefore you should not miss any of your classes that you are currently enrolled in with respect to the Spectrum Health Systems program. You will not be affected, because you are no longer required to submit anything in writing to Judge Hagopian prior to the conference.

Very truly yours,

Michael B. Grant
Deputy Chief Legal Counsel

MBG:c

Juan G. Evora
P.O. Box 8274
Cranston, R.I. 02920

May 23, 2006

Michael B. Grant
Deputy Chief Legal Counsel
Department of Corrections
OFFICE OF LEGAL COUNSEL
40 Howard Avenue
Cranston, R.I. 02920

Re: EVORA v. WALL, C.A. No. 06-094 S

Dear Mr. Grant:

I send this letter with the utmost respect and in regards to your request. Today before speaking to the Honorable Hagopian, Judge. You requested all letters that I have requesting video surveillance tapes and other documents. Enclosed you will find the following:

1. Letter dated to Director Wall of the date 10/18/05.
2. Letter dated to Wraden Whitman of the date 10/26/05.
3. Letter dated to Director Catlow of the date 12/19/05.
4. Appeal dated to Director Wall of the date 11/1/05.

I am also respectfully requesting the following discovery:

1. Any and all log books of the day of 10/7/05 regarding the crime of assault.
2. Any and all investigative reports and findings.
3. All copies of any and witnesses statements.
4. All pictures of the cell in F-Right module, and evidence held as evidence exculpatory in nature.
5. Crime scene photos that have been taken.
6. Copy of tape recording of the disciplinary hearing held on the date of 10/14/05.

Please turn over all of the following for discovery. Thank you very much for your time.

Respectfully, [signature]
Juan G. Evora, Pro Se

cc. file
Honorable Hagopian, Judge.

Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, R.I. 02920

Michael B. Grant
Deputy Chief Legal Counsel
40 Howard Avenue
Cranston, R.I. 02920

June 20, 2006

Re: Juan G. Evora v. Ashbel T. Wall, et al. 06-094 S

Dear Mr. Grant:

I am responding to your letter dated June 15, 2006. You have stated you did not receive copies of letters I mailed you. The letters I sent had been from Director Wall that I mailed to him on October 12, 2005 and the appeal I mailed on November 1, 2005, and Letter to Warden Whitman on October 26, 2005 I mailed to him, on December 19, 2005 I mailed a letter to Robert Catlow Chief Investigator R.I.D.O.C.. These letters you and the DOC have on file already. I received them from my public defender Michelle M. Alves in discovery from her by DOC and Attorney General's Office. I have also mailed you Mninimal Discovery please feel free to see the exhibit list attached to the discovery. I am positive you can find the letters you request in the exhibit list.

I also want to inform you that beeing I never have been giving the disciplinary hearing tape recording of October 14, 2005. You had told Lt. Jankowski to give to me. I file a Motion For Request of Documents with the United States District Court on the 29 day of May, 2006.

Respectfully submitted,

Juan G. Evora, Pro Se

cc. file
Jacob Hagopian, Senior Magistrate Judge
United States District Court
For The District of Rhode Island

Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, R.I. 02920

June 23, 2006

Michael B. Grant
Deputy Chief Legal Counsel
40 Howard Avenue
Cranston, R.I. 02920

Re: Juan G. Evora v. Ashbel T. Wall, C.A. No. 06-094 S

Dear Mr. Grant:

This is my fifth formal request for initial disclosure and or Request For Documents. The following list are dates and the legal documents I mailed to you:

(1) May 23, 2006 letter addressed to you regarding the letters you requested pertaining to my request for video surveillance tapes of F-Right Module on October 7, 2005. see(attached letter).

(2) May 29, 2006 Plaintiff's Request For Documents Motion form. see (attached Motion).

(3) June 8, 2006 Minimal Factual Discovery Motion form mailed to you, also see page-11 of the motion.

(4) June 20, 2006 letter of response to your letter dated June 15, 2006. I informed you I never received the disciplinary tape recording of the hearing held on October 14, 2005. Also I informed you I mailed you the letters you requested and that you could also find them in the Exhibits in the Discovery I mailed to you and the Honorable Court. see (attached letters)

This is a formal notice to inform you that I will be filing a Motion To Compel Documents, and Discovery. Being I complied with due diligence to give discovery to Defendants. Only to be denied initial disclosure, request for documents, and discovery. As of the present point and time I have not received any kind of documents or discovery.

Respectfully Submitted,

[signature: Juan G. Evora]
[28-USC-1746]

cc. file
Jacob Hagopian,
Senior United States Magistrate Judge.