UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN EVORA

V. C. A. NO. 06-094 S

A. T. WALL, ET AL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S MOTION FOR AN ORDER
COMPELLING DISCLOSURE AND DISCOVERY

Now come the Defendants in the above-entitled matter and hereby object to the Plaintiff's motion for an order compelling discovery as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 11th day of July, 2006, I mailed a true copy of the within Defendants' Objection To Plaintiff's Motion For An Order Compelling Disclosure and Discovery and accompanying Memorandum to Juan Evora, P. O. Box 8274, Cranston, R. I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN EVORA

V. C. A. NO. 06-094 S

A. T. WALL, ET AL

## MEMORANDUM

Plaintiff, in his motion indicates that on May 29, 2006, he served the undersigned with certain requests for production of documents. Plaintiff failed to indicate exactly which Defendant said discovery was intended for. However, Plaintiff has only served one (1) Defendant, namely A. T. Wall, who in fact, filed an answer and did in fact, respond to the Plaintiff's discovery requests. Plaintiff has attempted to serve discovery requests on Defendants that have yet to be served with the complaint in this case. Plaintiff has mailed to the undersigned complaints that he addresses to various Defendants, but he has failed to make service upon them.

Accordingly, Plaintiff's motion to compel un-served Defendants should be denied.

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864