UNITED STATES DISTRICT COURT

FOR THE STATE OF RHODE ISLAND

FILED
JUN 06 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JUAN G. EVORA, PLAINTIFF | * | UNITED STATES DISTRICT COURT |
| V. | * | CASE#: 06-094 S |
| ASHBEL T. WALL, DIRECTOR | * | |
| RHODE ISLAND DEPARTMENT OF | * | |
| CORRECTIONS A.C.I., ET. AL., | * | |
| DEFENDANT'S | * | |

PETITION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Pursuant to §28 U.S.C.§2241 (c)(5), the Plaintiff Juan G. Evora's request this this Honorable Court issue a writ of habeas corpus ad testificandum requiring Ashbel T. Wall, Director to bring the Plaintiff before the Honorable Court for a trial scheduled to be announced, and States in support:

1. The Plaintiff's case depends in large part on his own testimony. Since the credibility of witnesses will be an issue in this matter, the Jury should be/the Judge should be allowed to hear the Plaintiff testify personally and observe his demeanor.

**ORDER**

**DENIED, without prejudice. No matters are currently scheduled that require the testimony of the plaintiff.**

X [signature]

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**July 12, 2006**

(page 1)

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☐ for determination
☐

William E. Smith, District Judge
Date: 6/27/06