UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JUAN G. EVORA,<br>Plaintiff,<br>v.<br>ASHBEL T. WALL,<br>Defendant. | C.A. No. 06-94S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on June 20, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion for preliminary injunctive relief filed on May 10, 2006 is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 7/13/06