UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v. C.A. No. 06-094 S

A.T. WALL, et al.

PLAINTIFF'S OBJECTION AND RESPONSE
TO DEFENDANTS OBJECTION TO
PLAINTIFF'S MOTION FOR AN ORDER
COMPELLING DISCLOSURE AND DISCOVERY

Now come the Plaintiff in the above-entitled matter and hereby object and responds to the Defendants objection to Plaintiff's motion for an order compelling discovery as and for the reasons proffered in the accompanying Memorandum.

PLAINTIFF,

By Pro Se Litigant,

Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, R.I. 02920

CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this 14 day of July 2006, he mailed a true copy of the within legal motion to attorney of record Michael B. Grant, Deputy Chief Legal Counsel, R.I. Department of Corrections, 40 Howard Avenue, Cranston, R.I. 02920.

Juan G. Evora

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN G. EVORA**

**v.** **C.A. No. 06-094 S**

**A.T. WALL, et al.**

**MEMORANDUM OF LAW**

Defendants, in their motion to object and memrandum indicate that on May 29, 2006, Plaintiff served the attorney Michael Grant Defedants, attorney of record, the only attorney known to record, the only attorney who represented all twenty one (21) Defendants at the pretrial conference hearing on May 23, 2006. The attorney of record who in fact is in default of the pretrial order ordered on the 23 day of May, 2006, by The Honorable Jacob Hagopian, U.S. Senior Magistrate Judge, who in fact gave order for initial disclosure to be disclosed by the date of June 23, 2006. Defendants in fact have defaulted on The Honorable Judges order. The Plaintiff has complied and completed the whole order in good faith.

Defendants state Plaintiff has only served one (1) Defendant , namely A.T. Wall, who in fact, filed an answer and did in fact, respond to Plaintiff's discovery request. Defendants state Plaintiff has attempted to serve discovery request on Defendants that have yet to be served with the complaint in this case. Plaintiff has in fact served all the Defendants with **NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL, and SUMMONS IN A CIVIL CASE,** please go into the The Honorable Court's files for proof. Plaintiff truly belives these within statements made by Defendants are done in bad faith, and are an attempt of misrepresentation to the Court.