**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN G. EVORA**

**v.** **C.A. No. 06-094 S**

**A.T. WALL, et al.**

**NOTICE OF APPEAL FROM MAGISTRATE JUDGE**

Now come Plaintiff, Juan G. Evora, Pro Se in the above-entitled matter pursuant to 28 U.S.C.A. § 636 (c)(3) of The Federal Rules of Civil Procedure. Plaintiff appeals the decision of William E. Smith, United States District Judge, and the decision of United States Magistrate Judge Jacob Hagopian filed on June 20 , 2006 in the above-matter, Plaintiff's Motion for preliminary injunctive relief filed on May 10, 2006 that was denied is also appealed with all due respect to the Honorable Court and Judges.

**Wherefore** Plaintiff respectfully appeals to the Supreme Court of The United States for final dicision.

Respectfully submitted,

Juan G. Evora

Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, R.I. 02920

**CERTIFICATION OF SERVICE**
**[ 28 U.S.C. 1746 ]**

The undersigned hereby certifies that on the 15 of July,2006 he mailed a true copy of the within legal motion to only known attorney of record Michael B. Grant, Deputy Chief Legal Counsel, R.I. Department of Corrections, 40 Howard Avenue, Cranston, R.I. 02920.

Juan G. Evora

Juan G. Evora, Pro Se