UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v

C.A. No. 06-094S

A.T.WALL, Et Al

**REQUEST TO ENTER DEFAULT**

TO: Diane M. Brown, Judicial
Assistant/Clerk
U.S. District Court for the
District of Rhode Island

You will please enter the default of the Defendants for failure to provide initial Court ordered disclosure or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Juan G. Evora, Pro se attached hereto.

Dated: July 10, 2006

Respectfully submitted,

Juan G. Evora

Juan G. Evora, Pro se
P.O. Box 8274
Cranston, RI 02920

**AND NOW, THIS**_____ **DAY OF**______________________,2006, pursuant to request to enter default and affidavits filed, default is hereby entered against Defendants for failure to provide initial Court order for disclosure or otherwise defend.

____________________
Clerk