UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

V. C.A. No. 06-094 S

A.T. WALL Et Al.

**AFFIDAVIT FOR ENTRY OF DEFAULT**

**STATE OF RHODE ISLAND** )
) SS:
**PROVIDENCE COUNTY** )

Juan G. Evora, being duly sworn, says that he is the Plaintiff in the above-entitled action: that the initial disclosure order in this action were sereved on the Defendants on May 23, 2006: that order was made by the Court: that the time within which Defendants had been ordered to provide initial disclosure incompliance with pretrial order has expired: that the Defendants have not obeyed or otherwise move has not been extended.

Juan G. Evora

Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, R.I. 02920

**SWORN TO AND SUBSCRIBED** before me this 7th day of July, 2006.

[signature]
Notary Public

Lisa Soderlund
Printed

My commission expires:
6/23/09

My county of residence:
Providence