UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

V. C.A. No. 06-094 S

A.T. WALL, Et Al.

## REQUEST FOR DEFAULT JUDGMENT

To: Diane M. Brown, Judicial
Assistant/Clerk
U.S. District Court for the
District of Rhode Island

Upon the affidavit attached hereto, you will please enter judgment by default against Ashbel T. Wall, et al., Defendants in the above-entitled action, for three hundred thousand dollors ($300.000), plus costs.

Dated: July 10, 2006

Juan G. Evora

Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, R.I. 02920