**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN G. EVORA**

**v.** **C.A. No. 06 - 094 S**

**ASHBEL T. WALL**, et al.

# ORDER

This matter is before the Court on the following motions of the *pro se* plaintiff:

1. Plaintiff's Motion to Compel Answers to interrogatories filed on June 22, 2006 (Dckt # 37); and

2. Plaintiff's Motion to Compel the production of documents/disclosure filed on July 11, 2006 (Dckt # 43).

Both motions are **DENIED**, without prejudice. Plaintiff has failed to comply with LR Cv 37 (a)(requiring the movant to set forth the interrogatory, request for production, or request for admission, the response made by the opposition, and why the movant maintains that the response is inadequate).

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
July 24, 2006