UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN EVORA

v. C. A. NO. 06-094S

A. T. WALL, et al

AFFIDAVIT

I, Michael Frost, being duly sworn, hereby depose and say:

1. I, Michael Frost, am employed by the Rhode Island Department of Corrections as a Security Specialist with the Department of Corrections and am posted at the Medium Security facility, where the altercation alleged in this case occurred.

2. My duties include periodic inspection of all cameras existing in the Medium Security facility to make sure they are operating properly and to maintain the cameras.

3. If requested of me I will duplicate a recording contained in any camera of a particular event. However, I would not do so upon my own initiative. It is not my duty to monitor any particular camera/monitor in order to evaluate events that may have occurred and were recorded.

4. I do not recollect anyone with the Department, including Plaintiff, requesting that I duplicate the recordings of any event that took place and are subject to this civil action.

5. I did not destroy any recordings which depicted any involvement or activity of the plaintiff.

Michael Frost

Subscribed and sworn to before me, in Cranston, this 21st day of July, 2006.

Notary Public
My Commission expires 09-09-09.