UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN EVORA

v. C. A. NO. 06-0945

A. T. WALL, et al

AFFIDAVIT

I, David Baptista, being duly sworn, hereby depose and say:

1. I, David Baptista, am employed by the Rhode Island Department of Corrections as an Investigator in the Special Investigations Unit.

2. As part of my duties as an investigator, I investigate alleged wrongdoing committed by the inmate population.

3. In October, 2005, pursuant to my duties as an investigator, I conducted an interview with Plaintiff, Juan Evora and James Grilli concerning information that the two men were involved in an altercation.

4. As part of my interview with Inmate James Grilli, I noticed numerous scratches and minor cuts on his body, which indicated to me that he had been involved in an altercation.

5. I cited my observations of Inmate Grilli in a report dated October 7, 2005. The attached report consisting of two pages is a true copy of the report that I filed concerning the suspected altercation with Plaintiff and Inmate Grilli in October, 2005.

David Baptista
David Baptista

Subscribed and sworn to before me, in Cranston, this 21st day of July, 2006.

[signature]
Notary Public
My Commission expires 12·20·09