UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v. C. A. NO. 06-094 S

A. T. WALL, ET AL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Now come the Defendants and hereby object to the Plaintiff's request for entry of default as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on July 21, 2006, I mailed a true copy of the within Defendants' Objection to Plaintiff's Request for Entry of Default and accompanying Memorandum to Juan G. Evora, P. O. Box 8274, Cranston, R. I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v. C. A. NO. 06-094 S

A. T. WALL, ET AL

MEMORANDUM

The instant Plaintiff's seeks entry of default of "the defendants for failure to provide initial court order disclosure and otherwise defend as provided by the Federal Rules of Civil Procedure." Plaintiff, in an affidavit, indicates that a disclosure order in this action was served on the Defendants on May 23, 2006, which the Defendants have disobeyed. Plaintiff seeks an entry of default on those grounds.

On May 23, 2006, Senior United States Magistrate Judge entered a pre-trial order scheduling a discovery deadline of June 23, 2006. Only a single Defendant in this case, A. T. Wall, has been properly served with a complaint in this matter; Defendant Wall has timely answered said complaint. The other remaining Defendants have not been properly served and accordingly, have not responded to the complaint. Although Plaintiff has propounded discovery on the unserved Defendants, the same have not responded in light of the aforementioned. Accordingly, Defendants are not in violation of This Honorable Court's Order of May 23, 2006, and urge that the Plaintiff's request be denied.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864