UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN EVORA

v. C. A. NO. 06-0945

A. T. WALL, et al

AFFIDAVIT

I, Carolyn Romano, being duly sworn, hereby depose and say:

1. I, Carolyn Romano, am employed by Spectrum health Systems, Inc., who is contracted by the Rhode Island Department of Corrections as the State Director.

.

2. As part of my duties as Spectrum's State Director, I oversee the various programs that Spectrum has here at the Rhode Island Department of Corrections.

3. The plaintiff, in fact, requested to be temporarily removed from the Spectrum program for a period of one month because of his heavy litigation agenda, including work that he needed to complete on the instant case. As per Plaintiff's request, Plaintiff was allowed to suspend his participation in the Spectrum program, and on or about June 8, 2006, the suspension went into effect.

4. All participating inmates of the Spectrum program reside in a particular module at Medium Security.

5. In this particular case, Plaintiff was in C-Module, Left. Accordingly, when Plaintiff was temporarily removed from the program, his physical placement also changed, and he was placed in E-Module at Medium Security, which is a general population module.

6. Other than the Plaintiff's temporary non-participation in the Spectrum program, Plaintiff's change of placement has not resulted in any change of conditions. On July 6, 2006, Plaintiff returned to the Spectrum program and to his previous placement in C-Module, Left.

Carolyn Romano

Subscribed and sworn to before me, in Cranston, this 18th day of July, 2006.

Notary Public
My Commission expires 9-9-09.