UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| | * | |
| JUAN G. EVORA, Pro Se | * | |
| V. | * | Civil Action No. 06-094 S |
| ASHBEL T. WALL, et al. | * | |
| | * | |
| | * | |
| | * | |

## MOTION FOR EXTENTION OF TIME

Now comes the Plaintiff, Juan G. Evora, Pro Se and moves this Honorable Court for an extention of time to respond to the Defendants objection to Entry of Default, Motion To Dismiss Or In The Alternative To Summary Judgment.

Defendants have in fact defaulted on the Honorable Courts pretrial order for initial disclosure and expert witness disclosure, for this reason Plaintiff filed for default and judgment. Plaintiff has in fact done his best to litigate the actions that are before the Honorable Court in good faith, wherefore the Defendants in bad faith have been elusive in initial disclosure ordered by the Honorable Court, and Plaintiff's Motion For Request For Production Of Documents, Plaintiff avers that the requested documents will support the fact findings of the claims proffered in His Civil Action Complaint.

WHEREFORE, the Plaintiff prays that this Motion for Extension of Time is granted, and for reasons proffered in Memorandum of Law attached. Extention of requested is thirty (30) days.

Date: 7/27/06

Juan G. Evora

Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, R.I. 02920

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JUAN G. EVORA, Pro Se, | * | |
| V. | * | Civil Action No.06-094 S |
| ASHBEL T. WALL, et al. | * | |

## MEMORANDUM OF LAW

The United States Supreme Court holds allegations of a pro se complaint to less strigent standards than formal pleadings drafted by lawyers. Haines v. Kerner, 404 US 519, 30 L Ed 2d 652, 92 S Ct 594.

A complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitled him to relief. Haines v. Kerner, 404 US 519, 30 L Ed 2d 652, 92 S Ct 594.

In a suit under 42 USC § 1983, which gives a right of action for the deprivation of civil rights under color of state law, a state penitentiary inmate is entitled to an opportunity to offer proof under his pro se allegations that he was denied due process in the steps leading to his solitary confinement he was forced to sleep on the floor of a cell with only blankets, which aggravated a pre-existing foot injury and a circulatory ailment.

## FACTS

Plaintiff, Juan G. Evora, Pro Se, is not an attorney at law in any State within the United States and only has a GED. The law

is becoming to complex for the Plaintiff to litigate without an attorney. Wherefore the Defendants are in fact are acting in bad faith neglecting to produce initial disclosure, expert witnesses disclosure, answer interrogatories, and produce requested production of documents for Plaintiff. Defendants state Plaintiff's form of motions is inadequate, therefore objected and refused to comply with Plaintiff's request regarding any and all Plaintiff's motions filed before the Honorable Court. Wherefore the Plaintiff has no way of retaining legal counsel, and if the Honorable Court holds Plaintiff to proform to the same degree as an attorney at law, the Plaintiff is in fact being prejudiced and denied justice before the Honorable Court.

Juan G. Evora

Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, R.I. 02920