UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| | * | |
| JUAN G. EVORA, Pro Se | * | |
| V. | * | Civil Action No. 06-094 S |
| ASHBEL T. WALL, et al. | * | |
| | * | |
| | * | |
| | * | |

## MOTION FOR EXTENTION OF TIME

Now comes the Plaintiff, Juan G. Evora, Pro Se and moves this Honorable Court for an extention of time to respond to the Defendants objection to Entry of Default, Motion To Dismiss Or In The Alternative To Summary Judgment.

Defendants have in fact defaulted on the Honorable Courts pretrial order for initial disclosure and expert witness disclosure, for this reason Plaintiff filed for default and judgment. Plaintiff has in fact done his best to litigate the actions that are before the Honorable Court in good faith, wherefore the Defendants in bad faith have been elusive in initial disclosure ordered by the Honorable Court, and Plaintiff's Motion For Request For Production Of Documents, Plaintiff avers that the requested documents will support the fact findings of the claims proffered in His Civil Action Complaint.

WHEREFORE, the Plaintiff prays that this Motion for Extension of Time is granted, and for reasons proffered in Memorandum of Law attached. Extention of requested is thirty (30) days.

Date: 7/27/06

Juan G. Evora

Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, R.I. 02920

ORDER
GRANTED.

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: August 15, 2006