Exhibit (A)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
282 JOHN O. PASTORE FEDERAL BUILDING
PROVIDENCE, RHODE ISLAND 02903-1779

TEL: (401) 752-7110
FAX: (401) 752-7106

ROBERT W. LOVEGREEN
UNITED STATES
MAGISTRATE JUDGE

June 3, 2002

[redacted]
P. O. Box 8200
High Security Facility
Cranston, RI 02920

Dear Mr. Rocheleau:

In response to your recent letter, I enclose a copy of this court's decision in Doctor v. Wall, 143 F. Supp. 2d 203 (D.R.I. 2001). Unless a matter involving the Morris Rules properly alleges a federal constitutional violation as required by the Doctor decision, the matter is properly brought in state court, not federal court. This court did not state that the Morris Rules were ineffective or that the ACI personnel were not bound by them.

I trust this answers your inquiry.

Sincerly,

[signature]