Exhibit (B)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
282 JOHN O. PASTORE FEDERAL BUILDING
PROVIDENCE, RHODE ISLAND 02903-1779
TEL: (401) 752-7110
FAX: (401) 752-7106

ROBERT W. LOVEGREEN
UNITED STATES
MAGISTRATE JUDGE

July 15, 2002

[redacted]
High Security Facility
Cranston, RI 02920

Dear Mr. Rocheleau:

Your letter of July 1, 2002 has been received concerning whether Category B inmates can have radios. They cannot according to the Morris Rules as set forth in Morris v. Travisano, 499 F. Supp. 149, 161-74 (D.R.I. 1980). You also cited to Morris v. Tavisano, 310 F. Supp. 857 (D.R.I. 1970).

The 1970 version of the Morris Rules was replaced and finalized by the 1980 version. Whatever the 1980 version states is what is currently in effect.

While you cited to the Morris Rules as they affect Category B inmates, your letter references Category C inmates. In the most recent version of the Morris Rules, the 1980 version, Category C inmates are allowed radios with earphones only. See page 166 of the 1980 version. Category D inmates can have no television and no radio.

Insofar as the federal court is concerned, the 1980 version of the Morris Rules is the only set of rules currently in effect. The 1970 version has been replaced by the 1980 version.

I trust this answers your inquiry.

Sincerely,

Robert W. Lovegreen