UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| JUAN G. EVORA,<br><br>    Plaintiff,<br><br>v.<br><br>A.T. WALL, ET AL.,<br><br>    Defendants. | C.A. No. 06-94S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on August 1, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's application for a temporary restraining order/preliminary injunction is DENIED.

By Order,

/s/
Deputy Clerk

ENTER:

/s/
William E. Smith
United States District Judge

Date: 8/22/06