UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

Plaintiff,

v. C.A. No. 06-94S

A.T. WALL, ET AL.,

Defendants.

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on August 1, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's application for a temporary restraining order/preliminary injunction is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 8/22/06