**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| | * | |
| **JUAN G. EVORA,**<br>**PRO SE LITIGANT** | * | |
| | * | |
| **v.** | | **C.A. NO. 06-094 S** |
| | * | |
| **A.T. WALL, ET AL.** | | |
| | * | |
| * * * * * * * * * * * | * | |

**PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANTS OBJECTION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Now comes the Plaintiff, Juan G. Evora, and hereby object to the Defendants objection to the Plaintiff's request for entry of default as and for the reasons profferd in the accompanying Memorandum.

PLAINTIFF,
Pro Se Litigant,

Juan G. Evora
Juan G. Evora
Pro Se Litigant
P.O. Box 8274
Cranston, R.I. 02920

CERTIFICATION
[28 USCA 1746]

The undersigned hereby certifies that on August 19th, 2006, I mailed a true copy of the within Plaintiff's Objection to the Defendants Objection to Plaintiff's Request for Entry of Default and accompanying Memorandum to Michael B. Grant, only known legal attorney for all the named Defendants of record, to Michael B. Grant, 40 Howard Avenue, Cranston, R.I. 02920.

Juan G. Evora

UNITED STATES DISTRICY COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JUAN G. EVORA,<br>PRO SE LITIGANT | * | |
| v. | * | C.A. NO. 06-094 S |
| A.T. WALL, ET AL. | * | |

* * * * * * * * * * * *

**MEMORANDUM OF LAW**

Plaintiff, Juan G. Evora, avers Defendants were all properly served under Federal Rules of Civil Procedure 4(d) Defendants failed to comply with Fed. R. Civ. P. Rule 4 (d), (2), (F), by not returning such waiver within thirty (30) days to Plaintiff.

The Plaintiff request for entry of default and judgment by default of the Defendants for failure to comply with Pretrial Order of Jacob Hagopian, Senior U.S. Magistrate Judge. The order went into effect May 23, 2006, which Defendants have not complied with after the pretrial conference on May 23, 2006. Plaintiff request an entry of default on these grounds.

The Plaintiff at all times has served the only known attorney of record for the twenty-one named Defendants, that Michael B. Grant, Deputy Chief Legal Counsel for the R.I. DOC, with all required legal documents regarding this civil action.

The Defendants attorney Michael B. Grant in bad faith has refused to comply with oral agreement for production of evidence, and has objected to any and all of Plaintiff's request for production of documents of evidence. Every motion Plaintiff has filed with the Defendants attorney of record and Honorable Court.

The Defendants object to without any grounds to support their objection.

The Plaintiff request for entry of default and judgment by default of the Defendants for failure to comply with **PRETRIAL ORDER** Pursuant to Rule 16 of the Federal Rules of Civil Procedure , it was ordered that:

1. Fact Discovery Closure. All factual discovery will be closed by June 23, 2006. Plaintiff fully complied, Defendants are in default.

2. Epert Discovery Closures. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by July 24, 2006.(Any expert witness not disclosed by these dates will not be allowed to testify unless authorized by the Court). Plaintiff fully complied, Defendants are in default.

Plaintiff avers that Defendants have no evidence to refute Plaintiff's civil action complaint. Plaintiff has submitted and preponderance of evidence in support of civil action complaint and claims. Defendants only defense is to object, Defendants have not produced any evidence to support their objections.

**WHEREFORE** Plaintiff request entry of default and judgment by default be **GRANTED** against the Defendants.

CERTIFICATION
[28 USCA 1746]

Date: 8/19/06

Juan G. Evora
Juan G. Evora, Pro Se Litigant
P.O. Box 8274
Cranston, R.I. 02920