UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JUAN G. EVORA

V. C.A. NO. 06-094 S

A.T. WALL, ET AL

## ORDER

This matter is before the Court on the applications of the *pro se* plaintiff, Juan G. Evora, wherein he seeks an entry of default (Dckt#49) and a default judgment (Dckt#51). As a basis, Plaintiff avers that the Defendants failed to provide him with the initial disclosures required by the Pretrial Order and the Federal Rules of Civil Procedure. The Defendants have objected to the motions.

Upon consideration of the motions, defendants' objection, the Pretrial Order, and Fed.R.Civ.P. 26(a)(1)(E)(iii), Plaintiff's Motions for Default and Default Judgement are DENIED. Initial disclosures are not required in cases where the individual is not represented by counsel and is confined in a prison. See Fed.R.Civ.P. 26(a)(1)(E)(iii). Moreover, the Pretrial Order does not provide for any court ordered disclosure.

ENTER:

PER ORDER:

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: August 31, 2006