MANDATE

CA: 06-94
J. Smith

# United States Court of Appeals
## For the First Circuit

No. 06-2110

JUAN G. EVORA,

Plaintiff - Appellant,

v.

ASHBEL T. WALL, Director of the Department of Corrections; STATE OF RHODE ISLAND; DEPARTMENT OF CORRECTIONS; JAKE GADSDEN, Assistant Director of Department of Corrections; WALTER WHITMAN, Warden, Medium Security #1 Facility; KIRK KASZYK, Deputy Warden, Medium Security #1 Facility; ROY HILTERMANN, Deputy, Medium Security #1 Facility; ROBERT CATLOW, Chief Investigator, Department of Corrections; JOSEPH FORGUE, Acting Chief Investigator, Department of Corrections; BANNON, Captain, Medium Security #1 Facility; DAVID BAPTISTA, Investigator, Department of Corrections; LINDA ROSE, Investigator, Department of Corrections; MIKE FROST, Video Security Specialist, Department of Corrections; DUFFY, Lieutenant, Medium Security #1 Facility; JANKOWSKI, Lieutenant, Medium Security #1 Facility; LISA SODERLUND, Representative Counselor, Medium Security #1 Facility; BIBEAULT, Correctional Officer, Medium Security #1 Facility; KILLIER, Correctional Officer, Medium Security #1 Facility; COOPER, Correctional Officer, Medium Security #1 Facility,

Defendants - Appellees.

**JUDGMENT**

Entered: November 17, 2006
Pursuant to 1st Cir. R. 27(d)

By order issued October 24, 2006, appellant was notified that unless he filed his brief and conforming PLRA forms within two weeks of the date of that order his appeal from the denial of preliminary injunctive relief would be dismissed with prejudice and

appellant would not be able to reinstate it.

Appellant having failed to file a brief and the conforming PLRA forms, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By:______________________________
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** DEC 08 2006

[cc: Messrs: Evora and Grant]