**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUAN G. EVORA**

**v.** **C.A. No. 06-094 S**

**A.T. WALL, et al.**

MOTION FOR ENLARGEMENT OF TIME
PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 6(b)
************************************

Plaintiff, Juan G. Evora, Pro Se, moves the Honorable Court for an Order granting enlargement of time pursuant to Federal Rules of Civil Procedure Rule 6(b), on the grounds that Plaintiff never received Report And Recommendations re 53 Motion to Dismiss filed by Ashbel T. Wall Objections to R&R due by 3/1/2007. So ordered by Magistrate Judge Jacob Hagopian on 2/13/2007.

WHEREFORE in the interest of justice the Plaintiff, Juan G. Evora, Pro Se, prays the Honorable Court grant the within motion. So as to allow Plaintiff to receive Report And Recommendations to comply with Order.

Date: 2/23/07

Juan G. Evora, Pro Se
Medium Moran Facility
P.O. Box 8274
Cranston, R.I. 02920

Plaintiff, Pro Se
By Pro Se,

Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, Rhode Island 02920

## CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, 23 day of February , 2007, he mailed a true copy of the within legal motions to Micheal B. Grant, Deputy Chief Legal Counsel, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Juan G. Evora, Pro Se