UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED

2007 MAR -7 A 10: 19

JUAN G. EVORA

v.

C.A. No. 06-094 S

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

A.T. WALL, et al.

MOTION FOR ENLARGEMENT OF TIME
PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE RULE 6(b)

**********************************

Plaintiff, Juan G. Evora, Pro Se, moves the Honorable Court for an order granting enlargement of time of sixty (60) days pursuant to Federal Rules of Civil Procedure Rule 6(b), on the grounds that Plaintiff, Pro Se, is faced with a very complex case, Rhode Island Department of Corrections law library is inadequate and hinders Plaintiff's due process wherefore to properly respond to Courts Report And Recommendation. Plaintiff has been denied appointment of counsel mutiple times by Magistrate Judge Hagopian. For these reason and in compliance with The Supreme Court case of Haines v. Kerner, 404 U.S. 519 (1972), Plaintiff seeks the enlargement of time.

WHEREFORE, Plaintiff prays this Honorable Court grant the above Motion For Enlargement of Time.

Date: 3/1/07

Respectfully submitted,

Juan G. Evora

Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, R.I. 02920

Plaintiff, Pro Se
By Pro Se,

Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, Rhode Island 02920

CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, 1st day of March, 2007, he mailed a true copy of the within legal motions to Micheal B. Grant, Deputy Chief Legal Counsel, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Juan G. Evora, Pro Se