Case 1:06-cv-00094-S-JH Document 69 Filed 02/27/2007 Page 1 of 2

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
2007 FEB 27 P 1:12
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JUAN G. EVORA, PRO SE,

Vs.                                    CA. No. 06-094S

ASHBEL T. WALL, ET AL.

*********************************

PLAINTIFF'S MOTION FOR REQUEST
FOR REPORT AND RECOMMENDATION
OF
RE 53 MOTION TO DISMISS FILED BY
ASHBEL T. WALL OBJECTION TO R&R DUE BY
3/1/2007. SO ORDERED BY MAGISTRATE JUDGE
JACOB HAGOPIAN ON 2/13/2007.

*******************************************

Plaintiff, Juan G. Evora, Pro Se, does respectfully request from the Honorable Court to issue the above report and recommendation re 53 Motion to Dismiss filed by Ashbel T. Wall Objection to R&R due by 3/1/2007. So ordered by Magistrate Judge Jacob Hagopian on 2/13/2007.

Plaintiff under the penalty of perjury swears that he has not recieved the report and recommendation. Wherefore the Plaintiff prays that the Honorable Court resend the above R&R so the Plaintiff can properly respond in the interest of justice.

WHEREFORE the Plaintiff, Juan G. Evora, Pro Se, prays the Honorable Court grant the within motion.

Respectfully submitted,

Juan Evora [signature]    Date: 2/21/07

Juan G. Evora, Pro Se
P.O. Box 8274
Cranston, R.I. 02920

ORDER

The Court hereby sua sponte extends the time in which plaintiff may file an objection to the report and recommendation issued on February 13, 2007. Plaintiff shall have an additional ten days from the date of this Order to file an objection, if he so desires.

[signature]

Jacob Hagopian, Sr. U.S.M.J. March 7, 2007

Plaintiff, Pro Se
By Pro Se,

Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, Rhode Island 02920

**CERTIFICATION OF SERVICE**
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, 21 day of February, 2007, he mailed a true copy of the within legal motions to Micheal B. Grant, Deputy Chief Legal Counsel, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Juan G. Evora, Pro Se