UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUAN G. EVORA

v. C.A. No. 06-094 S

A.T. WALL, et al.

## MOTION FOR ENLARGEMENT OF TIME PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 6(b)

**********************************

Plaintiff, Juan G. Evora, Pro Se, moves the Honorable Court for an Order granting enlargement of time pursuant to Federal Rules of Civil Procedure Rule 6(b), on the grounds that Plaintiff never received Report And Recommendations re 53 Motion to Dismiss filed by Ashbel T. Wall Objections to R&R due by 3/1/2007. So ordered by Magistrate Judge Jacob Hagopian on 2/13/2007.

WHEREFORE in the interest of justice the Plaintiff, Juan G. Evora, Pro Se, prays the Honorable Court grant the within motion. So as to allow Plaintiff to receive Report And Recommendations to comply with Order.

Date: 2/23/07

Juan Evora (signature)
Juan G. Evora, Pro Se
Medium Moran Facility
P.O. Box 8274
Cranston, R.I. 02920

ORDER
DENIED, as moot. The Court has sua sponte extended the time to file a response in an Order dated March 7, 2007.

(signature)
Jacob Hagopian
Sr. U.S. Magistrate Judge
Date: 7 MAR 07

Case 1:06-cv-00094-S-JH Document 70 Filed 03/02/2007 Page 2 of 2

Plaintiff, Pro Se
By Pro Se,

Juan G. Evora, Pro Se
Medium Security Facility #1
P.O. Box 8274
Cranston, Rhode Island 02920

CERTIFICATION OF SERVICE
[ 28 U.S.C. 1746 ]

The undersigned hereby certifies that on this, 23 day of February, 2007, he mailed a true copy of the within legal motions to Micheal B. Grant, Deputy Chief Legal Counsel, Rhode Island Department of Corrections, 40 Howard Avenue, Cranston, Rhode Island 02920, Bar No. 3864.

Juan G. Evora, Pro Se