UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Juan G. Evora
Plaintiff

V. CA06-94S

A.T. Wall, et al
Defendant

**ORDER**

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on February 13, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). Defendant's Motion to Dismiss is GRANTED and Plaintiff's Objection to the Magistrate Judge's Report and Recommendation dated February 13, 2007 is DENIED.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 3/12/07