UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Juan G. Evora
Petitioner

V. Case Number: C.A. NO. 06-94S

State of Rhode Island; Rhode Island Department of Corrections; A.T. Wall, Director of the Rhode Island Department of Corrections; Jake Gadsen, Assistant Director; Walter Whitman, Warden, Medium Security; Kirk Kaszyk, Deputy Warden; Roy Hiltermann, Deputy; Robert J. Catlow; Joseph Forgue; Captain Bannon; David Baptista; Linda Rose; Mike Frost; Lieutenant Duffy; Lieutenant Jankowski; Lisa Soderlund; C/O Bibeault; C/O Killier; C/O Tony Doe; C/O Cooper; Joseph Marocco; Director, Health Service Department of the RI Department of Corrections; and Nurse John Doe
Respondent

**Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants against the Plaintiff, Juan G. Evora in accordance to this Court's Order dated March 12, 2007 granting Defendants' Motion to Dismiss, or in the alternative Motion for Summary Judgment.**

**March 13, 2007**
**Date**

**Deputy Clerk**