UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JUAN G. EVORA, PRO SE, | * | File No. C.A. 06-094S |
| PLAINTIFF, | * | |
| | * | |
| Vs. | * | NOTICE OF APPEAL |
| | * | |
| ASHBEL T. WALL, ET AL., | * | |
| DEFENDANT(S) | * | |

* * * * * * * * * * * * * * * * *

Notice is hereby given that Juan G. Evora, Pro Se, (Plaintiff) in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Order entered in this action on the 12 day of March, 2007.

Date: 3/16/2007

Juan G. Evora, Pro Se
Medium Moran Facility
P.O. Box 8274
Cranston, R.I. 02920

CERTIFICATION
[28 U.S.C.S. 1746]

I hereby certify that a true copy of the NOTICE OF APPEAL was mailed via Rhode Island Island Department of Corrections, Interdepartmental Mail to: Legal Counsel for the Defendant(s), Michael B. Grant, 40 Howard Avenue, Cranston, R.I. 02920, on the 3 day of March, 2007.

Juan G. Evora, Pro Se.

cc.file