MANDATE

06-94
USDCRI
JudgeSmith

# United States Court of Appeals
## For the First Circuit

---

No. 07-1488

JUAN G. EVORA,

Petitioner, Appellant,

v.

ASHBEL T. WALL, II,
DIRECTOR OF THE DEPARTMENT OF CORRECTIONS, ET AL.,

Defendants, Appellees.

---

Before

Lynch, Lipez and Howard,
Circuit Judges.

---

JUDGMENT

Entered: March 26, 2008

Appellees' motion for summary disposition is granted. Substantially for the reasons spelled out in the Report and Recommendation of the Magistrate Judge, entered February 14, 2007, and accepted by the district court in an order entered March 13, 2007, we affirm the district court's dismissal of appellant's amended complaint under Fed.R.Civ.P. 12 (b)(6). All outstanding motions filed in connection with this appeal are denied.

It is so ordered. 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/17/08

[cc: Juan Evora, Michael Grant]